UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
                                                    :
ADVANCED TRANSACTIONS, LLC,                          :
                                                    :
                    Plaintiff,                       :          **NOTICE OF APPEARANCE**
                                                    :
vs.                                                  :
                                                    :          Case No. 1:26-cv-03592-MMG
NORTHEAST GROCERY. INC.,                             :
PRICE CHOPPER OPERATING CO., INC.                    :
and THE GOLUB CORPORATION,                           :
                                                    :
                    Defendants.                      :
                                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance in this action as counsel for defendants Northeast Grocery,

Inc., Price Chopper Operating Co., Inc. and The Golub Corporation.   I respectfully request that

all notices given or required to be given and all papers served or required to be served in this case

be given to and served upon the undersigned.

I certify that I am admitted to practice in this Court.

Dated:   May 20, 2026

                                        HARTER SECREST & EMERY LLP

                                        By:     s/ Michael J. Berchou
                                             Michael J. Berchou (MB5980)
                                        50 Fountain Plaza, Suite 1000
                                        Buffalo, New York 14202
                                        (716) 844-3753
                                        mberchou@hselaw.com

                                        HARTER SECREST & EMERY LLP
                                        250 Park Avenue, 14th Floor
                                        New York, New York 10177

                                        Attorneys for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on May 20, 2026, I electronically filed the foregoing Notice of

Appearance with the Clerk of the District Court using the CM/ECF system, which sent

notification of such filing to all counsel of record.

Dated:  May 20, 2026

_____s/ Michael J. Berchou_____
Michael J. Berchou
