

**Harter Secrest & Emery LLP**

ATTORNEYS AND COUNSELORS

WWW.HSELAW.COM

May 20, 2026

**Via ECF**
Hon. Margaret M. Garnett
United States District Judge
Southern District of New York
40 Foley Square, Room 2102
New York, New York 10007

> Re:    *Advanced Transactions, LLC v. Northeast Grocery, Inc. et al.*
>        S.D.N.Y. Case No. 1:26-cv-03592-MMG
>        **Consent Motion for Extension of Time to Answer**

Dear Judge Garnett:

We represent the defendants in the above matter and submit this motion for an extension of time on consent.  Plaintiff filed this action on April 30, 2026, and defendants were served on May 5, 2026, so the answer is presently due May 26, 2026.

On May 15, 2026, counsel for plaintiff, Oded Burger, consented to a 30-day extension for defendants to answer or otherwise move, through June 25, 2026.

Good cause exists for this extension because this is a patent infringement action which may involve complex legal and factual issues, and which may require significant pre-answer investigation and analysis.  No other scheduled dates would be affected by the requested extension, and no prior request for an extension has been made.

Accordingly, the parties respectfully request that the Court enter an Order extending the time for defendants to answer or otherwise move with respect to the complaint through June 25, 2026.

Respectfully submitted,

Harter Secrest & Emery LLP

*s/ Michael J. Berchou*

Michael J. Berchou
Partner
DIRECT DIAL: 716.844.3753
EMAIL: MBERCHOU@HSELAW.COM

cc:    Oded Burger, Esq. (via ECF)
       Erin Hadi, Esq. (via ECF)

50 FOUNTAIN PLAZA, SUITE 1000  BUFFALO, NY 14202-2293  PHONE: 716.853.1616  FAX: 716.853.1617

ROCHESTER, NY  •  BUFFALO, NY  •  ALBANY, NY  •  CORNING, NY  •  NEW YORK, NY